LITTLE, administrator, *v.* GROOVER *et al.*

PER CURIAM.    The exception is to a judgment overruling a motion for new trial.    The motion is upon the general grounds only.    The verdict is supported by evidence.    The court did not err in overruling the motion for new trial.            *Judgment affirmed.    All the Justices concur.*

No. 8714.    JULY 16, 1932.

*Curry & Curry,* for plaintiff.

*J. H. Quarterman* and *Parker & Parker,* for defendants.